

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. 23-mj-02865-JLB |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| ) | Transportation of Illegal Aliens |
| ) | |
| ) | |
| Andrew Graham BENTLEY, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

The undersigned complainant being, duly sworn, states:

On or about August 4, 2023, within the Southern District of California, defendant, Andrew Graham BENTLEY, knowing or in reckless disregard of the fact that certain aliens, namely Jairo GURROLA-Alvarado and Tobias REYES-Samano, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jesse Bojorquez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON August 7, 2023.

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:

Andrew Graham BENTLEY

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Jairo GURROLA-Alvarado and Tobias REYES-Samano, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 4th, 2023, Border Patrol Agents M. Perez and E. Hunt were performing assigned duties in Chula Vista Border Patrol Station's area of responsibility. Agent Hunt was wearing plain civilian clothes with his service issued Border Patrol badge visible on his belt. Agent Hunt was operating an assigned unmarked vehicle equipped with functional emergency lights and siren.

At approximately 7:20 AM, San Diego Sector dispatch reported via service radio that several individuals were entering a vehicle in an area known to Border Patrol Agents as, "North Cal Pine." Agent Perez responded to the area with the assistance of Customs and Border Protection Air and Marine Operations (CBPAMO) helicopter personnel. CBPAMO personnel transmitted via agency radio that they had observed three individuals run out from the brush into the street and enter a light colored vehicle. CBPAMO personnel maintained visual of the vehicle as they continued to follow and report the vehicle's location and direction of travel. As other agents in the field responded to the broadcast, Troy maintained an uninterrupted visual of the vehicle while broadcasting its direction of travel. A few moments later, a vehicle stop by a fully marked Border Patrol unit, of the target vehicle was broad-casted. The agent advised that the vehicle, now described as a light blue Hyundai four-door SUV bearing a California license plate, had failed to yield. The driver accelerated at a high rate of speed away from the agent traveling westbound from State Route (SR) 11 onto SR-905 more than 100 mph.

Agent Hunt responded to the area of Interstate (I) 805 from SR-905. Agent Hunt observed the blue Hyundai pass his location at a high rate of speed driving erratically. CBPAMO personnel observed the blue Hyundai travel through business and residential areas in attempts to evade law enforcement and eventually stopped at Fashion Valley Mall located on Friars Road in San Diego, CA, where they lost visual.

At approximately 8:00 AM, Agent Perez arrived at Fashion Valley mall in front of the Neiman Marcus Department store parking structure and observed four individuals running from the parking structure. Agent Perez instructed the individuals to stop but one of the four individuals

**CONTINUATION OF COMPLAINT:**
 **Andrew Graham BENTLEY**

continued to run. Agent Perez approached the three individuals, identified himself as a United States Border Patrol agent, and conducted an immigration inspection. One individual stated he is a United States citizen. The remaining two individuals, later identified as material witnesses, Jairo GURROLA-Alvarado and Tobias REYES-Samano, stated they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 8:07 AM, Agent Perez placed all three individuals, including GURROLA and REYES under arrest.

Agent Hunt searched the area and observed what looked like a person hiding under a vehicle near the parking structure exit. Agent Hunt approached the vehicle and encountered a tired, sweaty individual, later identified as the defendant, Andrew Graham BENTLEY, attempting to conceal himself. Agent Hunt identified himself as a United States Border Patrol Agent and instructed BENTLEY to come out from under the vehicle while showing him his hands. BENTLEY responded to his command by uttering "I know, I know." As Agent Hunt escorted BENTLEY to the other agents on scene, Agent Perez positively identified BENTLEY as the driver of the Hyundai he had attempted a vehicle stop of and had failed to yield. At approximately 8:09 AM, Agent Hunt placed BENTLEY under arrest. With the car key, agents were able to find the abandoned Hyundai parked at the northeast corner of the structure with a front driver side flat tire. The location of arrest is approximately 16 miles north of the United States/Mexico International Boundary and approximately 11 miles west of the Otay Mesa, California, Port of Entry.

Material witnesses Jairo GURROLA-Alvarado and Tobias REYES-Samaro stated they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. GURROLA and REYES stated smuggling arrangements were made prior to entering the United States. REYES stated he was going to pay approximately $8,500 USD if successfully smuggled into the United States. GURROLA and REYES stated the foot-guide instructed the group to enter the grey four door vehicle. GURROLA was evasive on the questions he was being given to answer. REYES stated there was a foot-guide in the group of eight. REYES stated when group was about ten minutes from the road the foot-guide spread the into smaller groups. GURROLA and REYES stated three individuals entered the vehicle. REYES stated the driver knew all three passengers were undocumented aliens. GURROLA and REYES stated they knew there was a helicopter following the vehicle. REYES stated he could see lights and hear sirens of a vehicle. REYES stated the law enforcement vehicle followed them for about one to two minutes and then stopped following them.

**CONTINUATION OF COMPLAINT:**
Andrew Graham BENTLEY

REYES stated the vehicle stopped at Fashion Valley Mall in the parking garage. REYES stated the driver ran a different direction while the rest of the group ran toward the mall. REYES stated the juvenile in the group ran a different direction and the rest of the group attempted to enter the mall, but the door was locked. REYES stated GURROLA was the second foot-guide in the group. REYES was shown a photographic lineup, displaying six persons each numbered 1-6. REYES stated the person labeled number 1, Andrew Graham BENTLY, in the photographic lineup could possibly be the load driver.

Executed on August 5, 2023, at 10:30 A.M.

Jesse Hojorquez
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 4, 2023, in violation of 8 USC 1324(a)(1)(A)(ii).

HON. JILL L. BURKHARDT
United States Magistrate Judge

1:19 PM, Aug 5, 2023
Date/Time